fect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CLARKSON BUILDING CORPORATION, Appellant, v. SCHAFER-NEBENZAHL INVESTING Co., INC., Respondent; BARNETT ZINICK, Also Known as BARNEY ZINICK, Appellant, Impleaded, etc.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SARAH COOPERMAN, Respondent, v. MAX COOPERMAN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HAROLD L. COWIN, as Receiver in Supplementary Proceedings of the Property of MORRIS KOSSOY, Respondent, v. MIDWOOD TRUST COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANNA CUTRONA, Respondent, v. THE QUEENS BUS LINES, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANCIS E. DE RAISMES, Respondent, v. HAROLD L. R. THOMAS and AMERICAN SURETY COMPANY OF NEW YORK, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young Kapper, Carswell and Davis, JJ.

ANTHONY DIMONE, Respondent, v. THE WAYNE COUNTY PRODUCE COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper and Davis, JJ.; Carswell, J., not voting.

ALEXANDER C. DOW, as Administrator, etc., of JAMES GREEN, Deceased, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY OF NEWARK, N. J., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SAMUEL EICHEN, Respondent, v. LENORE HULLEN and Others, Defendants; D. J. MCDONALD, Also Known as DANIEL J. MCDONALD, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

18TH STREET REALTY CORPORATION, Appellant, v. MAXTHAN REALTY Co.,